IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>Northern</u> DIVISION

Anthony L. Green, et al.,

    Plaintiff,

v.

Spencer Collier, et al.,

    Defendants,

CASE NO. 2:15-CV-697

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>Spencer Collier</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [✓] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

3/22/2016
Date

/s F. Tim McCollum
(Signature)

F. Tim McCollum
(Counsel's Name)

Spencer Collier
Counsel for (print names of all parties)

P.O. Box 1511
Montgomery, Alabama 36102-1511
Address, City, State Zip Code

334-242-4392
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

## CERTIFICATE OF SERVICE

I, Spencer Collier, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 22nd day of March 20 16 to:

Tara S. Hetzel

Alice Ann Byrne

Barbara J. Wells

Patricia R. Osuch

J. Flynn Mozingo


3/22/2016                                    /s F. Tim McCollum
Date                                          Signature