IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY GREEN, *et al.*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:15cv697-SMD |
| | ) |
| HAL TAYLOR, in his official | ) |
| Capacity as Acting Secretary of | ) |
| Law Enforcement for the Alabama | ) |
| Law Enforcement Agency, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On November 8, 2017, this case was administratively closed pending disposition of an interlocutory appeal. *See* (Doc. 80). As the interlocutory appeal is now complete, it is

ORDERED that the stay issued in this case (Doc. 80) is lifted. The Clerk of the Court is DIRECTED to reopen the case.

DONE this 29th day of January, 2019.

/s/ Stephen M. Doyle
UNITED STATES MAGISTRATE JUDGE